**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) UNION INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 24-cv-358-HE |
| (1) GARY SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT APPLICATION FOR ENTRY OF</u>**
**<u>FINAL JUDGMENT BY CONSENT</u>**

The Plaintiff, Union Insurance Company ("Plaintiff"), by counsel, and the Defendant, Gary Smith, by counsel, hereby make Joint Application to the Court, pursuant to Fed. R. Civ. Proc. 54 and 58, for entry of Final Judgment on Consent in favor of the Plaintiff and against the Defendant in accordance with a settlement agreement reached by the parties. Attached as Exhibit 1 is a copy of the proposed Final Judgment on Consent.

WHEREFORE, premises considered, the parties, by counsel, hereby make Joint Application for the entry of the Final Judgment on Consent attached hereto as Exhibit 1.

Respectfully submitted,

s/ John C. Lennon
John C. Lennon, OBA No. 30149
PIERCE, COUCH, HENDRICKSON,
BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK 73126-0350
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jlennon@piercecouch.com
*Attorneys for Plaintiff Union Insurance Company*

s/ Carl Hughes
(by filing attorney with permission)
Carl Hughes, OBA No. 4463
Kenneth J. Hughes, OBA No. 21706
HUGHES & HUGHES
1218 E. 9th Street, Suite 8
Edmond, OK 73034
Telephone: (405) 848-0111
Facsimile: (405) 848-3507
Carl.hughes@sbcglobal.net
Kenneth.j.hughes@sbcglobal.net

R. Scott Adams, OBA No. 13003
ADAMS & ASSOCIATES, PC
300 N. Walker, Suite 100
Oklahoma City, OK 73120
Telephone: (405) 232-9100
Facsimile: (405) 232-9114
sadams@scottadamslaw.com
*Attorneys for Defendant Gary Smith*