**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNION INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NO. CIV-24-0358-HE |
| GARY SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT ON CONSENT**

The Complaint in the above-captioned action having been filed on April 9, 2024, and the Defendant, Gary Smith, having been served with the Summons and Complaint on April 15, 1014, the parties having agreed that the Court may find: (1) Plaintiff has no duty to defend any party in connection with the Underlying Lawsuits; (2) Plaintiff has no duty to make any indemnity payment to or on behalf of any party in connection with any judgment or settlement in the Underlying Lawsuits; and (3) the Court having hereby adopted the foregoing findings, and the parties having further agreed that the Court may enter judgment based on the foregoing findings, and that Plaintiff's claims and causes of action may be settled on the terms set forth below, it is therefore:

**ORDERED, ADJUDGED, AND DECREED**

1. Plaintiff Union Insurance Company has no duty to defend any party in connection with the lawsuit brought by Eva Rosales entitled *Eva Rosales v. Dealers Auto Auction of Oklahoma City, Inc., Gary D. Smith, and ACV Auctions, a New York Corporation*, District Court of Oklahoma County Case No. CJ-2023-6325.

2. Plaintiff Union Insurance Company has no duty to defend any party in connection with the lawsuit brought by Cathy Gibson-Hoeksema entitled *Cathy Gibson-Hoeksema v. Dealers Auto Auction of Oklahoma City, Inc., Gary D. Smith, and ACV Auctions, a New York Corporation*, Oklahoma County District Court Case No. CJ-2023-6939.

3. Plaintiff Union Insurance Company has no duty to make any indemnity payment to or on behalf of any party in connection with any judgment or settlement in *Eva Rosales v. Dealers Auto Auction of Oklahoma City, Inc., Gary D. Smith, and ACV Auctions, a New York Corporation*, District Court of Oklahoma County Case No. CJ-2023-6325.

4. Plaintiff Union Insurance Company has no duty to make any indemnity payment to or on behalf of any party in connection with any judgment or settlement in *Cathy Gibson-Hoeksema v. Dealers Auto Auction of Oklahoma City, Inc., Gary D. Smith, and ACV Auctions, a New York Corporation*, Oklahoma County District Court Case No. CJ-2023-6939.

5. Each party will bear its own costs and fees.

**IT IS SO ORDERED**.

Dated this 7th day of November, 2024.

JOE HEATON
UNITED STATES DISTRICT JUDGE

We consent to entry of the foregoing Consent Judgment:

s/ John C. Lennon
John C. Lennon, OBA No. 30149
PIERCE, COUCH, HENDRICKSON, BAYSINGER & GREEN, LLP
P.O. Box 26350
Oklahoma City, OK 73126-0350
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jlennon@piercecouch.com
*Attorneys for Plaintiff Union Insurance Company*

Dated: November 1, 2024

s/ Carl Hughes
(by filing attorney with permission)
Carl Hughes, OBA No. 4463
Kenneth J. Hughes, OBA No. 21706
HUGHES & HUGHES
1218 E. 9th Street, Suite 8
Edmond, OK 73034
Telephone: (405) 848-0111
Facsimile: (405) 848-3507
Carl.hughes@sbcglobal.net
Kenneth.j.hughes@sbcglobal.net

R. Scott Adams, OBA No. 13003
ADAMS & ASSOCIATES, PC
300 N. Walker, Suite 100
Oklahoma City, OK 73120
Telephone: (405) 232-9100
Facsimile: (405) 232-9114
sadams@scottadamslaw.com
*Attorneys for Defendant Gary Smith*

Dated: November 1, 2024